**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David D Robinson**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–4858**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Ellamae Robinson**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–6658**<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of New Jersey** | Date case filed in chapter **13**    **7/1/13** |
| Case number: | **13–24597–JNP** | Date case converted to chapter **7**    **8/25/16** |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David D Robinson | Ellamae Robinson |
| 2. | **All other names used in the last 8 years** | | aka Ella M Robinson |
| 3. | **Address** | 629 W. Main Street<br>Millville, NJ 08332 | 629 W. Main Street<br>Millville, NJ 08332 |
| 4. | **Debtor's attorney**<br>Name and address | Terry Tucker<br>Terry Glen Tucker, P.C.<br>80 West Broad Street<br>Bridgeton, NJ 08302 | Contact phone (856) 453–7440 |
| 5. | **Bankruptcy trustee**<br>Name and address | John W. Hargrave<br>Law Offices of John W. Hargrave<br>117 Clements Bridge Rd<br>Barrington, NJ 08007 | Contact phone (856) 547–6500 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street  Camden, NJ 08102  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 856–361–2300  Date: 8/30/16 |
| **7. Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **October 7, 2016 at 09:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101** |
| **8. Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/6/16** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 13-24597-JNP
David D Robinson                                                        Chapter 7
Ellamae Robinson
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2               Date Rcvd: Aug 30, 2016
                              Form ID: 309A               Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
db/jdb        +David D Robinson,    Ellamae Robinson,    629 W. Main Street,    Millville, NJ 08332-4332
514049938     +Landis Sewerage Authority,    1776 S. Mill Rd.,    Vineland, NJ 08360-6200
514049939     +Members First,    37 W Landis Ave,    Vineland, NJ 08360-8122
514049942     +NJ E-Z Pass Violation Center,    PO Box 52005,    Newark, NJ 07101-8205
514049943     +NJ E-Z Pass Violation Processing Center,    PO Box 52005,    Newark, NJ 07101-8205
514049944     +Palisades Collection LLC.,    PO Box 1244,    Englewood Cliffs, NJ 07632-0244
514049945     +Penn Credit,   916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
514068581     +Slomin Security, Inc,    Eichenbaum & Stylianou,    10 Forest Ave,,    Paramus, NJ 07652-5242
514049947     +Slomins,   125 Lauman Lane,    Hicksville, NY 11801-6539
514049948      Takhar Collection Services Ltd.,    537-1623 Military Rd.,    Niagra Falls, NY 14304
514049949     +The Billing Center,    PO Box 62121,    Tampa, FL 33662-2121
514049950     +The CBE Group Inc.,    PO Box 2038,    Waterloo, IA 50704-2038
514270240     +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: terrytucker@comcast.net Aug 30 2016 23:24:05     Terry Tucker,
                Terry Glen Tucker, P.C.,    80 West Broad Street,   Bridgeton, NJ 08302
tr            +EDI: FJWHARGRAVE.COM Aug 30 2016 23:03:00      John W. Hargrave,
                Law Offices of John W. Hargrave,    117 Clements Bridge Rd,    Barrington, NJ 08007-1803
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2016 23:25:08     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2016 23:25:04      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
514049936     +EDI: AFNIRECOVERY.COM Aug 30 2016 23:03:00      AFNI,   PO Box 3427,
                Bloomington, Il 61702-3427
514067316      EDI: AIS.COM Aug 30 2016 23:03:00      American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,   Oklahoma City, OK 73126-8941
514049951      EDI: AISTMBL.COM Aug 30 2016 23:03:00      T-Mobile,   PO Box 742596,   Cincinnati, OH 45274
514049937     +EDI: IIC9.COM Aug 30 2016 23:05:00      I.C. System, Inc.,   PO Box 64378,
                Saint Paul, MN 55164-0378
514049940     +EDI: MID8.COM Aug 30 2016 23:04:00      Midland Credit Management Inc.,    PO Box 60578,
                Los Angeles, CA 90060-0578
514049941     +E-mail/Text: bankruptcydepartment@tsico.com Aug 30 2016 23:25:52      NCO Financial Systems,
                PO Box 17080,    Wilmington, DE 19850-7080
514049946     +EDI: RMCB.COM Aug 30 2016 23:03:00      RMCB Collection Agency,    4 Westchester Plaza Suite 110,
                elmsford, NY 10523-3835
514049952     +EDI: WFFC.COM Aug 30 2016 23:04:00      Wells Fargo,   POB 10335,   Des Moines, IA 50306-0335
514274810     +EDI: WFFC.COM Aug 30 2016 23:04:00      Wells Fargo Bank, NA,    Attn: Bankruptcy Dept.,
                MAC #D3347-014,    3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514049954      Mountainside, NJ 07092
514049953      Zucker, Goldberg & Ackerman LLC.,   200 Sheffield Street Suite 301
514049935    ##+Aaron Bail Bonds,   422 Amboy Ave,   Perth Amboy, New Jersey 08861-3116
                                                                                   TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                   Page 2 of 2                  Date Rcvd: Aug 30, 2016
                              Form ID: 309A                 Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2016 at the address(es) listed below:
              Angela Catherine Pattison    on behalf of Creditor    WELLS FARGO BANK, N.A.
               angela.pattison@powerskirn.com,    ecf@powerskirn.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John W. Hargrave     trustee@hargravelaw.com,    jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              Robert J. Malloy    on behalf of Creditor    Members 1st Federal Credit Union
               ecf.rjmalloylaw@gmail.com
              Terry   Tucker    on behalf of Debtor David D Robinson terrytucker@comcast.net
              Terry   Tucker    on behalf of Joint Debtor Ellamae   Robinson terrytucker@comcast.net
                                                                                             TOTAL: 7
```