

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

David D Robinson and Ellamae Robinson

Case No.: 13-24597

Chapter: 7

Judge: JNP

# ORDER RESPECTING
# AMENDMENT TO SCHEDULE D, E/F, F, G, H
# OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: 9/27/16

/s/ Jerrold N. Poslusny Jr.
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule _____E/F_____ or to the List of Creditors on _____9/23/16_____ that:

- ☐ Deletes a creditor or creditors
- ☐ Modifies a previously listed creditor or creditor information
- ☒ Adds a creditor or creditors
- ☐ Modifies the list of parties to contracts or leases
- ☐ Modifies the list of co-debtors

and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) who is being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* ___7___ *Bankruptcy Case,* and

2. In a Chapter 11 case:
    a) a copy of the last modified plan and disclosure statement, if any, and
    b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
    a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
    b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.12/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
David D Robinson
Ellamae Robinson
          Debtors

Case No. 13-24597-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 1            Date Rcvd: Sep 27, 2016
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2016.
db/jdb         +David D Robinson,    Ellamae Robinson,    629 W. Main Street,    Millville, NJ 08332-4332

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2016 at the address(es) listed below:
          Angela Catherine Pattison    on behalf of Creditor    WELLS FARGO BANK, N.A.
           angela.pattison@powerskirn.com, ecf@powerskirn.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
           bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Isabel  Balboa    ecfmail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John W. Hargrave    trustee@hargravelaw.com, jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
          Michael R. DuPont    on behalf of Creditor    Members 1st Federal Credit Union
           dupont@redbanklaw.com, dana@redbanklaw.com
          Robert J. Malloy    on behalf of Creditor    Members 1st Federal Credit Union
           ecf.rjmalloylaw@gmail.com
          Terry  Tucker    on behalf of Debtor David D Robinson terrytucker@comcast.net
          Terry  Tucker    on behalf of Joint Debtor Ellamae  Robinson terrytucker@comcast.net
                                                                                              TOTAL: 9