UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
David D Robinson and Ellamae Robinson

Case No.: 13-24597-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny Jr.

## NOTICE OF PROPOSED ABANDONMENT

JOHN W. HARGRAVE, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court  
401 Market Street  
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on November 15, 2016 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

| | Description of Real Property | Petition Value |
|---|---|---|
| 1 | 735 E Earl DrVineland, NJ 08360 | $102,000.00 |

Liens on property:

| | Description of Real Property | Creditors Info | Amount of Claim |
|---|---|---|---|
| 1 | 735 E Earl DrVineland, NJ 08360 | 1st mortgage---Members First<br>2nd mortgage---Wells Fargo | $97,249.00<br>$69,116.60 |

Amount of Equity claimed as exempt:

| | Description of Real Property | Value of Claimed Exemption |
|---|---|---|
| 1 | 735 E Earl DrVineland, NJ 08360 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:           /s/ John W. Hargrave

Address:        117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.:  (856) 547-6500

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                          Case No. 13-24597-JNP
David D Robinson                                                Chapter 7
Ellamae Robinson
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Oct 11, 2016
                              Form ID: pdf905          Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2016.
db/jdb         +David D Robinson,    Ellamae Robinson,    629 W. Main Street,    Millville, NJ 08332-4332
516409005      +Avon,    POB 105033,    Atlanta, GA 30348-5033
516409004      +Bella Bail Bonds,     117 Smith St,    Millville, NJ 08332-4224
514049951     ++C O AMERICAN INFOSOURCE LP,     4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                 (address filed with court: T-Mobile,     PO Box 742596,    Cincinnati, OH 45274)
514049938      +Landis Sewerage Authority,     1776 S. Mill Rd.,    Vineland, NJ 08360-6200
514049939      +Members First,    37 W Landis Ave,    Vineland, NJ 08360-8122
514049942      +NJ E-Z Pass Violation Center,     PO Box 52005,    Newark, NJ 07101-8205
514049943      +NJ E-Z Pass Violation Processing Center,     PO Box 52005,    Newark, NJ 07101-8205
514049944      +Palisades Collection LLC.,     PO Box 1244,    Englewood Cliffs, NJ 07632-0244
514049945      +Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
516409006      +SJ Gas,    POB 6091,    Bellmawr, NJ 08099-6091
514068581      +Slomin Security, Inc,    Eichenbaum & Stylianou,    10 Forest Ave,,    Paramus, NJ 07652-5242
514049947      +Slomins,    125 Lauman Lane,    Hicksville, NY 11801-6539
514049948       Takhar Collection Services Ltd.,     537-1623 Military Rd.,    Niagra Falls, NY 14304
514049949      +The Billing Center,    PO Box 62121,    Tampa, FL 33662-2121
514049950      +The CBE Group Inc.,    PO Box 2038,    Waterloo, IA 50704-2038
516409008      +Vineland Municipal Authority,     640 E Wood St,    POB 1508,    Vineland, NJ 08362-1508
514049952      +Wells Fargo,    POB 10335,    Des Moines, IA 50306-0335
514270240      +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,     200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
514274810      +Wells Fargo Bank, NA,    Attn: Bankruptcy Dept.,    MAC #D3347-014,    3476 Stateview Blvd.,
                 Fort Mill, SC 29715-7203
514049953      +Zucker, Goldberg & Ackerman LLC.,     200 Sheffield Street Suite 301,
                 Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2016 23:21:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2016 23:21:43      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514049936      +E-mail/Text: EBNProcessing@afni.com Oct 11 2016 23:21:50      AFNI,    PO Box 3427,
                 Bloomington, Il 61702-3427
514067316       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2016 23:26:51
                 American InfoSource LP as agent for,     Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
514049937      +E-mail/Text: bankruptcy@icsystem.com Oct 11 2016 23:22:18      I.C. System, Inc.,    PO Box 64378,
                 Saint Paul, MN 55164-0378
514049940      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 11 2016 23:21:43      Midland Credit Management Inc.,
                 PO Box 60578,    Los Angeles, CA 90060-0578
514049941      +E-mail/Text: bankruptcydepartment@tsico.com Oct 11 2016 23:22:25      NCO Financial Systems,
                 PO Box 17080,    Wilmington, DE 19850-7080
514049946      +E-mail/Text: bkrpt@retrievalmasters.com Oct 11 2016 23:21:42      RMCB Collection Agency,
                 4 Westchester Plaza Suite 110,    elmsford, NY 10523-3835
                                                                                               TOTAL: 8

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514049954        Mountainside, NJ 07092
516415100*    ++C O AMERICAN INFOSOURCE LP,     4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                 (address filed with court: T-Mobile,     PO Box 742596,    Cincinnati, OH 45274)
516409007*     +Landis Sewerage Authority,    1776 S Mill Rd,    Vineland, NJ 08360-6200
514049935     ##+Aaron Bail Bonds,    422 Amboy Ave,    Perth Amboy, New Jersey 08861-3116
                                                                                TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Oct 11, 2016
                              Form ID: pdf905            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2016 at the address(es) listed below:
          Angela Catherine Pattison    on behalf of Creditor    WELLS FARGO BANK, N.A.
           angela.pattison@powerskirn.com, ecf@powerskirn.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
           bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Isabel Balboa    ecfmail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
           jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
          John W. Hargrave    trustee@hargravelaw.com, jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
          Michael R. DuPont    on behalf of Creditor    Members 1st Federal Credit Union
           dupont@redbanklaw.com, dana@redbanklaw.com
          Robert J. Malloy    on behalf of Creditor    Members 1st Federal Credit Union
           ecf.rjmalloylaw@gmail.com
          Terry Tucker    on behalf of Debtor David D Robinson terrytucker@comcast.net
          Terry Tucker    on behalf of Joint Debtor Ellamae  Robinson terrytucker@comcast.net
                                                                                             TOTAL: 10
```